IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BANK OF BREWTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:13-cv-151-MEF |
| | ) |
| THE TRAVELERS COMPANIES, INC., | ) (W.O.—Do Not Publish) |
| *et al.* | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Before the Court is Plaintiff Bank of Brewton's Motion for Leave to File Plaintiff's Surreply to Defendants' Reply to the Motion to Transfer Venue (Doc. #13) filed on April 5, 2013, it is hereby

ORDERED that the motion is GRANTED. The plaintiff shall file the surreply on or before April 10, 2013.

DONE this the 8th day of April, 2013.

             /s/ Mark E. Fuller
             UNITED STATES DISTRICT JUDGE